UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL NORTHERN RESEARCH, LLC,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC. et al.,<br><br>　　　　　　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 18-CV-2864-CAB-BLM<br><br>**ORDER GRANTING MOTION TO AMEND ANSWER TO COMPLAINT**<br><br>[Doc. No. 43] |

Defendants have filed a motion for leave to amend their answer to add allegations to their third affirmative defense of license and exhaustion, and to add a thirteenth affirmative defense of lack of standing. Plaintiff does not oppose the amendment to the third affirmative defense, but it opposes the addition of the lack of standing defense solely on the grounds of futility. Plaintiff's argument in support of its opposition focuses primarily on whether Defendants can prove facts sufficient to succeed on the lack of standing defense and not on whether the defense is adequately pled. Based on the evidence in the record and taking into consideration the possibility of additional evidence unearthed in discovery, the Court is not persuaded that Defendants' lack of standing defense faces inevitable defeat on summary judgment. *Cf. California v. Neville Chem. Co.*, 358 F.3d 661, 673-74 (9th

1

Cir. 2004) ("Futility includes the inevitability of a claim's defeat on summary judgment.") (quoting *Johnson v. Am. Airlines, Inc.*, 834 F.2d 721, 724 (9th Cir. 1987)). Accordingly, Defendants' motion is **GRANTED**. Defendants shall file their First Amended Answer and Counterclaims on or before **September 5, 2019**.

It is **SO ORDERED.**

Dated: September 3, 2019

Hon. Cathy Ann Bencivengo
United States District Judge