# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL NORTHERN RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILE RESEARCH U.S.A., LLC,<br><br>Defendants. | C.A. No. 3:18-cv-2864-CAB-BLM<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION OF DISMISSAL AS TO COUNTS 1 AND 4 OF PLAINTIFF'S COMPLAINT AND DEFENDANTS' COUNTERCLAIMS 1, 4, 9 AND 12 RELATING TO U.S. PATENT NOS. 7,990,842 AND 6,941,156** |

FOR GOOD CAUSE SHOWN, Plaintiff Bell Northern Research, LLC ("Plaintiff") and Defendants LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobile Research U.S.A., LLC (collectively "Defendants") Joint Motion and Stipulation of Dismissal as to Counts 1 and 4 of Plaintiff's Complaint, and Counts 1, 4, 9, and 12 of LG's Amended Counterclaims is **GRANTED**. Counts 1 and 4 of Plaintiff's Complaint are **DISMISSED WITH PREJUDICE**, Defendants' Amended Counterclaims 1 and 4 are **DISMISSED WITH PREJUDICE**, and Defendants' Amended Counterclaims 9 and 12 are **DISMISSED WITHOUT PREJUDICE**.

It is **SO ORDERED**.

Dated: October 9, 2019

Hon. Cathy Ann Bencivengo
United States District Judge